IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CV-181-FL

| | | |
|---|---|---|
| TONY C. THOMAS for the Estate of Thalia Dukes, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| LAWRENCE S. CRAIGE, | ) ) ) | |
| Defendant. | ) | |

This matter is before the court on plaintiff's motion for entry of default and for default judgment (DE 16, 21) and defendant's motion to deem answer timely filed (DE 19). Upon careful consideration of the motions and record in this matter, and upon good cause shown, defendant's motion to deem answer timely filed is GRANTED. Plaintiff's motions therefore are DENIED.

SO ORDERED, this the 23rd day of January, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge