UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TONY C. THOMAS, *for the Estate of Thalia Dukes* )<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>LAWRENCE S. CRAIGE )<br>Defendant. ) | **JUDGMENT**<br><br>No. 7:19-CV-181-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 7, 2020, and for the reasons set forth more specifically therein, defendant's motion to dismiss is GRANTED. Plaintiff's claims are DISMISSED with prejudice.

**This Judgment Filed and Entered on April 7, 2020, and Copies To:**
Tony C. Thomas (via US Mail) 820 South 10th Street, Wilmington, NC 28401
John L. Coble  (via CM/ECF Notice of Electronic Filing)

April 7, 2020                    PETER A. MOORE, JR., CLERK

                                  /s/ Sandra K. Collins
                                 (By) Sandra K. Collins, Deputy Clerk